Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
District of Colorado

___10th_____ Division

Michael Ratcliff, Jr.

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Sheriff Bill Elder, Sheriff Tyler Brown, Judge Frances Johnson, Colorado Springs Police Department officers Lizet Castillo, Shane Owen and Clayton Sunada.

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes  ☐ No

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 06 2023

JEFFREY P. COLWELL
CLERK

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Michael Lynn Ratcliff, Jr. |
| Address | 6547 N Academy Blvd #1086 |
| | Colorado Springs, CO 80918 |
| | *City / State / Zip Code* |
| County | El Paso |
| Telephone Number | 903-602-2329 |
| E-Mail Address | MichaelRatcliff555@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Bill Elder |
| Job or Title *(if known)* | El Paso Sheriff |
| Address | 27 E Vermijo Ave |
| | Colorado Springs, CO 80903 |
| | *City / State / Zip Code* |
| County | El Paso |
| Telephone Number | (719) 520-7100 |
| E-Mail Address *(if known)* | |

☐ Individual capacity  ☑ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Tyler Brown |
| Job or Title *(if known)* | Arapahoe County Sheriff |
| Address | 13101 E Broncos Pkwy |
| | Centennial, CO 80112 |
| | *City / State / Zip Code* |
| County | Arapahoe |
| Telephone Number | (303) 795-4711 |
| E-Mail Address *(if known)* | |

☐ Individual capacity  ☑ Official capacity

**Defendant No. 3**

| | |
|---|---|
| Name | Frances Johnson |
| Job or Title *(if known)* | El Paso County Judge |
| Address | 270 S Tejon St |
| | Colorado Springs, CO 80903 |
| | *City / State / Zip Code* |
| County | El Paso |
| Telephone Number | (719) 452-5000 |
| E-Mail Address *(if known)* | |

☐ Individual capacity  ☑ Official capacity

**Defendant No. 4**

| | |
|---|---|
| Name | Lizet Castillo, Shane Owen and Clayton Sunada |
| Job or Title *(if known)* | Colorado Springs Police |
| Address | 705 S Nevada Ave |
| | Colorado Springs, CO 80903 |
| | *City / State / Zip Code* |
| County | El Paso |
| Telephone Number | (719) 444-7000 |
| E-Mail Address *(if known)* | |

☐ Individual capacity  ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
I was incarcerated for over two years without a trial without effective assistance of legal counsel. During that time I was subjected to almost continuous interrogation and psychological abuse. (Gaslighting)
My right to a speedy trial was violated and Judge Johnson admitted as much when she dismissed my case on those grounds.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I was kept incarcerated for an unreasonable amount of time pending trial under the State of Colorado's competency statutes. My right to a speedy trial was violated and my right to effective assistance of legal counsel was violated.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
Sand Creek Substation, Colorado Springs CO.
Criminal Justice Center, Colorado Springs CO.
Arapahoe County Detention Facility, Centennial CO.

B. What date and approximate time did the events giving rise to your claim(s) occur?
28 January 2019 until early August 2021

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
I called the police for help on 28 January 2019 because I was being stalked and harassed by vigilante members of the community. Instead of helping me they arrested me and began to gaslight me immediately by acting like they were going to murder me. Law enforcement and their allies in the convict community continued to psychologically abuse me in this way for the entirety of my incarceration culminating in the 4 July 2021 placement of myself in solitary confinement where I was tortured by what can only be called street theater involving removing clocks from the wall, flashing lights and disturbing noises from outside the cell. Every Sheriff's deputy and third party contractor (Trinity and RISE) that works in those jails is aware of and complicit in these sort of rights violations.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.
I have not suffered any permanent physical harm.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.
I expect 7.5 million US dollars would be appropriate compensation for the 2 and a half years I loss all of my liberty and the following year and a half I was not able to work in my job field due to the charges hanging over my head (a partial restriction of liberty) as well as the mental anguish of losing all faith in the law enforcement community that I had relied on to respect my rights and liberties which I do not know if I will ever regain.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/28/2023

Signature of Plaintiff
Printed Name of Plaintiff: Michael Ratcliff, Jr.

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address