IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00605-RM-MDB

MICHAEL LYNN RATCLIFF, JR.,

    Plaintiff,

v.

TYLER BROWN, Arapahoe County Sheriff,
BILL ELDER, El Paso County Sheriff,
FRANCES JOHNSON, Judge,
LIZET CASTILLO, Colorado Springs Police Department,
SHANE OWEN, Colorado Springs Police Department, and
CLAYTON SUNADA, Colorado Springs Police Department,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 69) entered by Judge Raymond P. Moore on March 25, 2024, it is hereby

ORDERED that judgment is entered in favor of the defendants and against the plaintiff. It is

FURTHER ORDERED that plaintiff's amended complaint and action are dismissed. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 25th day of March, 2024.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/Robert R. Keech,
      Robert R. Keech,
      Deputy Clerk